ACCEPTED
15-25-00041-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/9/2025 3:06 PM
CHRISTOPHER A. PRINE
CLERK

# VIADA & STRAYER

ATTORNEYS AT LAW
17 SWALLOW TAIL COURT
THE WOODLANDS, TEXAS 77381
281-419-6338

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/9/2025 3:06:00 PM
CHRISTOPHER A. PRINE
Clerk

**JENNIFER R. HOLLOWAY**
PARALEGAL

713-825-3684 (Direct)
Jholloway@viadastrayer.com

June 9, 2025

**By E-File**
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

RE:     Court of Appeals Number:     15-25-00041-CV
        Trial Court Case Number:     2023-38047

Style: *Appraisal Review Board of the Harris County Appraisal District*
       *v. Texas Workforce Commission and Redona Hall*

Dear Clerk:

This letter is to formally request copies of the audio recordings that were submitted as part of the Court Recorder's Record on appeal in this case.

My email address is Jholloway@viadastrayer.com.

Respectfully,

*Jennifer R. Holloway*

Jennifer R. Holloway
Paralegal

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Holloway on behalf of Ramon Viada
Bar No. 20559350
jholloway@viadastrayer.com
Envelope ID: 101792773
Filing Code Description: Letter
Filing Description: Letter Requesting Copy of Reporter's Record
Status as of 6/9/2025 3:29 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ramon G.Viada | | rayviada@viadastrayer.com | 6/9/2025 3:06:00 PM | NOT SENT |
| Valerie Locher | | vlocher@viadastrayer.com | 6/9/2025 3:06:00 PM | NOT SENT |
| Jennifer Holloway | | jholloway@viadastrayer.com | 6/9/2025 3:06:00 PM | NOT SENT |